UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TRE'ANYA GUDGER, *et al.*,

    Plaintiffs,

vs.

CARECORE HEALTH, LLC,

    Defendant.

Case No. 3:22cv239

District Judge Michael J. Newman
Magistrate Judge Carolyn H. Gentry

---

**ORDER: (1) GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR SECOND AMENDED COMPLAINT (Doc. No. 19), AND DIRECTING PLAINTIFFS' COUNSEL TO FORTHWITH FILE NAMED PLAINTIFFS' SECOND AMENDED COMPLAINT AS A SEPARATE DOCUMENT IN THE RECORD OF THIS CASE; (2) DENYING AS MOOT DEFENDANT'S MOTION TO STRIKE (Doc. No. 12); (3) DENYING AS MOOT DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME (Doc. No. 18); AND (4) DENYING AS MOOT DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (Doc. No. 14)**

---

For good cause shown, and because leave to amend a pleading is freely granted as justice requires, *see* Fed. R. Civ. P. 15(a)(2), named Plaintiffs' motion for leave to file their second amended complaint (Doc. No. 19) is **GRANTED**, and named Plaintiffs' counsel shall forthwith **FILE** the second amended complaint (presently Exhibit 1, *see id.*), as a separate document in the record of this case. In light of named Plaintiffs' second amended complaint, Defendant's motion to strike (Doc. No. 12) and Defendant's unopposed motion for extension of time (Doc. No. 18) are **DENIED** as moot. In light of Defendant's response in opposition to Plaintiffs' motion for class certification (Doc. No. 16), Defendant's

unopposed motion for extension of time to file a response to Plaintiffs' motion for class certification (Doc. No. 14) is **DENIED** as moot.

  **IT IS SO ORDERED.**

<u>December 20, 2022</u>               <u>s/Michael J. Newman</u>
                       Hon. Michael J. Newman
                       United States District Judge